UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      :
GEORGE S. SCHAFFER, et al.,       :
      :
                      Plaintiffs,       :       16-CV-1763 (JMF)
      :
      -v-       :       ORDER
      :
HORIZON PHARMA PLC, et al.,       :
      :
                      Defendants.       :
      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record at the conference held on June 3, 2016, the motion of Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust and Carpenters Pension Trust Fund for Northern California (collectively, the "Retirement Trust Funds") for appointment as Lead Plaintiff and approval of Lead Counsel is GRANTED.  Specifically, the Retirement Trust Funds are appointed as Lead Plaintiff, and the Lead Plaintiff's selection of Labaton Sucharow LLP as Lead Counsel is approved.

      It is further ORDERED that Lead Counsel shall have the authority to speak for all Plaintiffs and putative class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement.  Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort.  Additionally, Lead Counsel shall have the following responsibilities:

      a.      to brief and argue motions;

      b.      to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

      c.      to direct and coordinate the examination of witnesses in depositions;

      d.      to act as spokesperson at pretrial conferences;

      e.      to call and chair meetings of Plaintiffs' counsel as appropriate or necessary from time to time;

    f.    to initiate and conduct any settlement negotiations with Defendants' counsel;

    g.    to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h.    to consult with and employ experts;

    i.    to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

    j.    to perform such other duties as may be expressly authorized by further order of this Court.

This Order shall also apply to any case that is hereafter consolidated with this action.

The Clerk of Court is directed to terminate Docket Nos. 20, 23, 26, 28, 31, and 33.

SO ORDERED.

Dated: June 6, 2016  
       New York, New York

_____  
JESSE M. FURMAN  
United States District Judge