UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE S. SCHAFFER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HORIZON PHARMA PLC, TIMOTHY P. WALBERT, PAUL W. HOELSCHER, JOHN J. KODY, ROBERT F. CAREY, WILLIAM F. DANIEL, MICHAEL GREY, JEFF HIMAWAN, VIRINDER NOHRIA, RONALD PAULI, GINO SANTINI, H. THOMAS WATKINS, CITIGROUP GLOBAL MARKETS, INC., JEFFERIES LLC, COWEN & COMPANY LLC, AND MORGAN STANLEY & CO. LLC,<br><br>　　　　　　　　　Defendants. | No. 1:16-cv-01763-JMF |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiffs, Locals 302 & 612 of the International Union of Operating Engineers-Employers Retirement Industry Retirement Trust Fund ("I.U.O.E. 302/612") and the Carpenters Pension Trust Fund for Northern California ("Northern California Carpenters") and additional named plaintiff Automotive Industries Pension Trust Fund (collectively "Plaintiffs"), appeal to the United States Court of Appeals for the Second Circuit from the Judgment (ECF No. 123) filed and entered on January 19, 2018, which dismissed Plaintiffs' action, and the underlying Opinion and Order of the Honorable Jesse M. Furman, filed on January 18, 2018, which granted defendants' motions to dismiss (ECF No. 122).

Dated: February 16, 2018

LABATON SUCHAROW LLP

/s/ Jonathan Gardner
Jonathan Gardner
Serena Hallowell
Christine M. Fox
Thomas W. Watson
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email:  jgardner@labaton.com
         shallowell@labaton.com
         cfox@labaton.com
         twatson@labaton.com

*Counsel for Lead Plaintiffs and the Putative Class*

BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
Hannah G. Ross
Abe Alexander
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
Email:  Hannah@blbglaw.com
         Abe.Alexander@blbglaw.com

*Counsel for Plaintiffs and the Putative Class*