# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

1:16-cv-01763-JMF

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of June, two thousand and eighteen

_____

Locals 302 and 612 Of The International Union of Operating Engineers-Employers Construction Industry Retirement Fund,

       Plaintiff - Appellant,

Carpenters Pension Trust Fund for Northern California, Automotive Industries Pension Trust Fund,

       Movants - Appellants,

George S. Schaffer, Individually and on behalf of all others similarly situated, Saba Banie,

       Plaintiffs,

v.

Horizon Pharma PLC, Timothy P. Walbert, Paul W. Hoelscher, Robert J. De Vaere, William F. Daniel, Michael Grey, Jeff Himawan, Virinder Nohria, Ronald Pauli, Gino Santini, H. Thomas Watkins, Citigroup Global Markets Inc., Jefferies LLC, Cowen & Company LLC, Morgan Stanley & Co. LLC, John J. Kody, Robert F. Carey,

       Defendants - Appellees.

_____

**ORDER**
Docket No. 18-470

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 8, 2018

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 06/08/2018**

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit